# Yarbrough *v.* The State.

### Crime.

(Decided January 9, 1917.   73 South. 830.)

1. **Appeal and Error; Review; Matters Presented.**—In the absence of any ruling of the trial court on demurrers to the indictment, no judgment of the trial court thereon being shown, no question is presented for review.

2. **Same; Bill of Exceptions.**—In the absence of the bill of exceptions the appellate court cannot review intelligibly charges requested by and refused to defendant.

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

Jim Yarbrough was convicted of crime and he appeals.   Affirmed.

J. W. DAVIDSON, for appellant.   W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—(1) The transcript shows certain demurrers that were interposed to the indictment, but if any ruling of the trial court was invoked on these demurrers, it is not shown by the judgment entry or anything appearing in the record. Under these conditions, showing no judgment of the trial court on the demurrers, the record presents no question on the demurrers for review here.—*Peters v. State,* 100 Ala. 10, 14 South. 896; *Broadhead v. State,* 145 Ala. 681, 40 South. 216; *Powell v. State,* 89 Ala. 172, 8 South. 109.

(2) The charges set out in the transcript cannot be reviewed, in the absence of a bill of exceptions, and the record in this case contains nothing purporting to be a bill of exceptions.—*Clay v. State,* 14 Ala. App. 664, 71 South. 892; *Mitchell v. State,* 14 Ala. App. 104, 71 South. 982.

We have examined the entire record and find no error.

Affirmed.